

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 15−30544
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Christian Broome−Hunt
  aka Christian Ann Hunt, aka Christian Ann Broome,
  fdba Ricky Jays Sports Bar, fdba Hunts Tax Service,
  fdba Christian Broome−Hunt Agency
2267 Alexis Lucia Rd
Stanley, NC 28168
Social Security No.: xxx−xx−8885

# ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge, and it appearing to the Court that the above−referenced debtor failed to appear at the § 341(a) Meeting of Creditors. The Trustee recommends the above−captioned case be dismissed.

**NOTICE IS FURTHER GIVEN AND IT IS, THEREFORE, ORDERED** that the case shall be and is hereby **DISMISSED**.

Dated: January 21, 2016                    BY THE COURT

                                           J. Craig Whitley
                                           United States Bankruptcy Judge

Electronically filed and signed (1/21/16)